MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Email: marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-037 MEJ |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FROM JANUARY 8, 2015 TO JANUARY 29, 2015 |
| CHRISTOPHER HOLMES GORDON, | |
| Defendant. | |

    The parties hereby stipulate to continue the sentencing in this case from January 8, 2015 to January 29, 2015 at 10:00 a.m. Counsel for the government has a conflict on the original sentencing date and the defendant does not oppose the continuance.

    IT IS SO STIPULATED:

DATED: October 6, 2014                        Respectfully submitted,

                                                                    MELINDA HAAG
                                                                      United States Attorney

      /s/
MARC PRICE WOLF
Special Assistant United States Attorney


      /s/
JONAH CHEW
Attorney for Defendant

## [PROPOSED] ORDER

Good cause having been shown, the Court orders the sentencing in this case to be continued from January 8, 2015 to January 29, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Date: October 6, 2014

MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
CR 14-037 MEJ